NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT BOSCH LLC,**
*Plaintiff-Appellant,*

v.

**PYLON MANUFACTURING CORP.,**
*Defendant-Cross Appellant.*

---

2011-1363, -1364

---

Appeals from the United States District Court for the District of Delaware in case no. 08-CV-0542, Judge Sue L. Robinson.

---

**ON MOTION**

---

**ORDER**

Pylon Manufacturing Corp. moves for a 30-day extension of time, until March 12, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 0 7 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Mark A. Pals, Esq
    Mark A. Hannemann, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 7 2012

JAN HORBALY
CLERK